UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 23-2163

_____

Christopher Buchanan

Plaintiff - Appellant

v.

Bobby May, Sheriff, St. Francis County Jail (originally named as Bobby Maye); Jonnie Jones, Jail Administrator, St. Francis County Jail; Larry Jones, Assistant Jail Administrator, St. Francis County Jail

Defendants - Appellees

Appeal from U.S. District Court for the Eastern District of Arkansas - Delta
(2:22-cv-00020-KGB)

**JUDGMENT**

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.

The district court's denial of injunctive relief is summarily affirmed pursuant to 8th Cir. R. 47A(a), and the remainder of the appeal is dismissed for lack of jurisdiction.

July 14, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 14, 2023

Mr. Christopher Buchanan
ARKANSAS DEPARTMENT OF CORRECTIONS
176655
Grimes Unit
300 Corrections Drive
Newport, AR  72112-0000

  RE:  23-2163  Christopher Buchanan v. Bobby May, et al

Dear Christopher Buchanan:

   Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                                              Michael E. Gans
                                              Clerk of Court

JJB

Enclosure(s)

cc:   Ms.  Clerk, U.S. District Court, Eastern District of Arkansas
      Ms. Melissa Kaye Dugger

        District Court/Agency Case Number(s):   2:22-cv-00020-KGB

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Friday, July 14, 2023 4:13 PM |
| **Subject:** | Re-send: 23-2163 Christopher Buchanan v. Bobby May, et al "judgment filed sua sponte affirmed 47A" (2:22-cv-00020-KGB) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Amended 07/14/2023 16:13:12: Notice of Docket Activity**

The following transaction was filed on 07/14/2023

| | |
|---|---|
| **Case Name:** | Christopher Buchanan v. Bobby May, et al |
| **Case Number:** | 23-2163 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The district court's denial of injunctive relief is summarily affirmed pursuant to 8th Cir. R. 47A(a), and the remainder of the appeal is dismissed for lack of jurisdiction. RAYMOND W. GRUENDER, BOBBY E. SHEPHERD and JONATHAN A. KOBES Adp May 2023 [5295923] [23-2163]--[Edited 07/14/2023 by JJB] Completing cover letter. (Jenn Baker)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Melissa Kaye Dugger: mdugger@arcounties.org, ffitzgerald@arcounties.org, swren@arcounties.org

**Notice will be mailed to:**

Mr. Christopher Buchanan
176655
ARKANSAS DEPARTMENT OF CORRECTIONS
Grimes Unit
300 Corrections Drive
Newport, AR 72112-0000

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/JennBaker_232163_5295923_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**

1

[STAMP acecfStamp_ID=1105112566 [Date=07/14/2023] [FileNumber=5295923-3]
[38da9cab2caf467b9072715af7d831dfc2925f226400a3d06a0fc659e4691c228ff6efec0b96774240ab43d60effa1403cd687e3b2f6c8ced44b664f276693e8]]
**Recipients:**

- Mr. Christopher Buchanan
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Ms. Melissa Kaye Dugger

**Document Description:** Judgment: Judge Directed
**Original Filename:** /opt/ACECF/live/forms/JennBaker_232163_5295923_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/14/2023] [FileNumber=5295923-0]
[61f39b24c7d88f298ea4b5b42012fb190823498f1d6ae68cdae74f39514912609846948039fc94a0d06117353ed6baf74478da67e094c3b1f31fa4f9940dca48]]
**Recipients:**

- Mr. Christopher Buchanan
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Ms. Melissa Kaye Dugger

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5295923
**RELIEF(S) DOCKETED:**
  affirmed 47A
**DOCKET PART(S) ADDED:** 7316303, 7316304, 7316305